## HARGIS v. DUNCAN et al.

No. 15381—Opinion Filed Sept. 23, 1924.

Error from District Court, Osage County; Jesse G. Worten, Judge.

Action between Gladys Hargis and C. P. Duncan and P. T. Walton Lbr. Co., a corporation. From the judgment, the former brings error. Dismissed.

H. C. Hargis, for plaintiff in error.

Widdows & McCoy, for defendants in error.

PER CURIAM. Judgment was rendered in this cause November, 23, 1923. The motion for new trial was not filed until April 16, 1924, almost five months after the date of the judgment sought to be reviewed. The

errors sought to be reviewed are errors of law occurring at the trial. No response has been filed to the motion to dismiss. Upon authority of State ex rel. v. Bowling et al., 89 Okla. 9, 213 Pac. 745, the appeal is dismissed.